JULY 19, 1965

**Reap. Dec. 11044.**—Imbert Imports, Inc., et al. *v.* United States, Reappraisements dismissed June 22, 1965. Entered at San Juan, P.R. (Not published.) Motion by plaintiffs.

JULY 20, 1965

**Reap. Dec. 11045.**—H & H Customs Clearance Co. *v.* United States, Reappraisements dismissed June 11, 1965. Entered at New York, N.Y. (Not published.) Motion by plaintiff.